**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01205-CV

### IN THE INTEREST OF E. H., A MINOR CHILD

### On Appeal from the 254th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-18-18908

## ORDER

In accordance with our February 19, 2020 order, court reporter Janet Saavedra has informed the Court appellant has not requested the reporter's record. Accordingly, we **ORDER** appellant to file, no later than March 5, 2020, written verification he has requested the reporter's record and paid or made arrangements to pay the reporter's fee. We caution appellant that failure to comply may result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/     ERIN A. NOWELL
        JUSTICE